IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VERONICA GONZALEZ MENDEZ, ET AL., | : : : | |
| Plaintiffs | : : | |
| v. | : : | Civil Action No. 15-1181 |
| CLEANHOUSE INC., ET AL., | : : | |
| Defendants | : | |

**NOTICE OF DISMISSAL**

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss the above-captioned action, without prejudice.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (#495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4911832_1